

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2023

No. 04-23-00762-CV

**IN RE** Colby Jay **THIENPONT** and Cheryl M. Broussard, Relators

Original Proceeding[1]

### ORDER

On August 17, 2023, relators filed a petition for writ of mandamus. The petition for writ of mandamus is DENIED.

It is so **ORDERED** on September 20, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022-CI-23588, styled *Sheridan Marie Santens v. Colby Jay Thienpont and Cheryl M. Broussard*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.